(Name) Candy Stewart
(Address) 32 17th St #316
(City, State, Zip) San Diego, Ca 92101
(CDC Inmate No.)

FILED
MAR 20 2012
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY

# United States District Court
## Southern District of California

(Enter full name of plaintiff in this action.)

Candy Stewart
    Plaintiff,
v. Orange County Social Services
1928 S. Grand Ave, Bldg. A
P.O. Box 22061
Santa Ana, Ca. 92705
Julie Sea, Social worker
(Enter full name of each defendant in this action.)
    Defendant(s).

'12 CV 0677 WQH   WMc

Civil Case No. _____
(To be supplied by Court Clerk)

Complaint Under the
Civil Rights Act
42 U.S.C. § 1983

## A. Jurisdiction

Jurisdiction is invoked pursuant to 28 U.S.C. § 1343(a)(3) and 42 U.S.C. § 1983. If you wish to assert jurisdiction under different or additional authority, list them below.

## B. Parties

1. <u>Plaintiff</u>: This complaint alleges that the civil rights of Plaintiff, Candy Stewart (print Plaintiff's name), who presently resides at 32 17th St. #316 SD 92101 (mailing address or place of confinement), were violated by the actions of the below named individuals. The actions were directed against Plaintiff at Julie Sea, OC. Social Services (institution/place where violation occurred) on (dates) 7-2006 (Count 1), _____ (Count 2), and 3-2012 (Count 3).

2. <u>Defendants</u>: (Attach same information on additional pages if you are naming more than 4 defendants.)

§ 1983 SD Form
(Rev. 5/98)
::ODMA\PCDOCS\WORDPERFECT\22834\1

Defendant **Julie Sea** (name) resides in **Orange** (County of residence), and is employed as a **Social worker** (defendant's position/title (if any)). This defendant is sued in his/her ☐ individual ☒ official capacity. (Check one or both.) Explain how this defendant was acting under color of law: **Unethical and corrupt.**

Defendant _____ (name) resides in _____ (County of residence), and is employed as a _____ (defendant's position/title (if any)). This defendant is sued in his/her ☐ individual ☐ official capacity. (Check one or both.) Explain how this defendant was acting under color of law:

Defendant _____ (name) resides in _____ (County of residence), and is employed as a _____ (defendant's position/title (if any)). This defendant is sued in his/her ☐ individual ☐ official capacity. (Check one or both.) Explain how this defendant was acting under color of law:

Defendant _____ (name) resides in _____ (County of residence), and is employed as a _____ (defendant's position/title (if any)). This defendant is sued in his/her ☐ individual ☐ official capacity. (Check one or both.) Explain how this defendant was acting under color of law:

**C. Causes of Action** (You may attach additional pages alleging other causes of action and the facts supporting them if necessary.)

Count 1: The following civil right has been violated:

Due Process

(E.g., right to medical care, access to courts, due process, free speech, freedom of religion, freedom of association, freedom from cruel and unusual punishment, etc.)

Supporting Facts: [Include all facts you consider important to Count 1. State what happened clearly and in your own words. You need not cite legal authority or argument. Be certain to describe exactly what each defendant, *by name*, did to violate the right alleged in Count 1.]

July 2006 my plumbing was sabataged by my ex-husband Mark Michini, causing my two bathrooms to overflow at 316 N. Bayport Circle Apt. D, Anaheim, Ca 92804. My landlord, Vickie Bearup-Fammara refused to repair it and was receiving HUD payments, so I called my insurance agency Farmer's and they were there by 12 noon. By 1 p.m. I was out the door to take my two children to a hotel, when the police apprehended me, they threatened to kill me if I did not give them the keys to my apartment. The police accused me of having my two children living in an unsanitary home and placed them in Orangewood at 401 The City Drive in Orange, Ca 92868. For six years, my daughter Jordan Johnson DOB 10-18-1998 has been transferred to group homes and Orangewood. Jordan was allowed to jump the fence twice at Orangewood and has been exposed to child prostitution rings, cocaine and has been raped by grown men and now has Syphyllis. Bryan Estrada of Orangewood stated they cannot protect children from predators and can't stop children from running away.

§ 1983 SD Form
(Rev. 5/98)

3

:ODMA\PCDOCS\WORDPERFECT\22834\1

Count 2: The following civil right has been violated: **freedom from cruel and unusual punishment**
(E.g., right to medical care, access to courts, due process, free speech, freedom of religion, freedom of association, freedom from cruel and unusual punishment, etc.)

Supporting Facts: [Include all facts you consider important to Count 2. State what happened clearly and in your own words. You need not cite legal authority or argument. Be certain to describe exactly what each defendant, *by name*, did to violate the right alleged in Count 2.]

Julie Sea with Orange County Social services left out pertinent facts about the case that would have been in my favor, such as, I completed two parenting classes, private counseling sessions for two years, and since I could not afford the 52 week child abuse class, I could take private sessions and completed 52 weeks. I have also had visits with my daughter in my home every weekend since October of 2011 that was omitted by Julie Sea. For six years, my visits and phone calls have been monitored and the family reunifation protocol has not been followed.

Count 3: The following civil right has been violated: _____
(E.g., right to medical care, access to courts,

due process, free speech, freedom of religion, freedom of association, freedom from cruel and unusual punishment, etc.)

**Supporting Facts:** [Include all facts you consider important to Count 3. State what happened clearly and in your own words. You need not cite legal authority or argument. Be certain to describe exactly what each defendant, *by name*, did to violate the right alleged in Count 3.]

## D. Previous Lawsuits and Administrative Relief

1. Have you filed other lawsuits in state or federal courts dealing with the same or similar facts involved in this case? ☐ Yes ☑ No.

If your answer is "Yes", describe each suit in the space below. [If more than one, attach additional pages providing the same information as below.]

(a) Parties to the previous lawsuit:
Plaintiffs: Shawn McMillan - Deanna Hertwick
Defendants: Orange County Social Services
(b) Name of the court and docket number: San Diego U.S. District 2007
(c) Disposition: [For example, was the case dismissed, appealed, or still pending?] Jury awarded plaintiff 10.6 million dollars
(d) Issues raised: Social workers lie to take children and keep them in foster care for years needlessly and children are being exposed to prostitution rings.
(e) Approximate date case was filed: 2007
(f) Approximate date of disposition: 2007

2. Have you previously sought and exhausted all forms of informal or formal relief from the proper administrative officials regarding the acts alleged in Part C above? [E.g., CDC Inmate/Parolee Appeal Form 602, etc.] ? ☒ Yes ☐ No.

If your answer is "Yes", briefly describe how relief was sought and the results. If your answer is "No", briefly explain why administrative relief was not sought.

I have filed charges with the foster care ombudsman program and the issues were ignored and swept under the rug.

### E. Request for Relief

Plaintiff requests that this Court grant the following relief:

1. An injunction preventing defendant(s): from further harassment, stalking and defamation of character.

2. Damages in the sum of $ 10,000,000.00
3. Punitive damages in the sum of $ 10,000,000.00
4. Other:

### F. Demand for Jury Trial

Plaintiff demands a trial by ☒ Jury ☐ Court. (Choose one.)

### G. Consent to Magistrate Judge Jurisdiction

In order to insure the just, speedy and inexpensive determination of Section 1983 Prisoner cases filed in this district, the Court has adopted a case assignment involving direct assignment of these cases to magistrate judges to conduct all proceedings including jury or bench trial and the entry of final judgment on consent of all the parties under 28 U.S.C. § 636(c), thus waiving the right to proceed before a district judge. The parties are free to withhold consent without adverse substantive consequences.

The Court encourages parties to utilize this efficient and expeditious program for case resolution due to the trial judge quality of the magistrate judges and to maximize access to the court system in a district where the criminal case loads severely limits the availability of the district judges for trial of civil cases. Consent to a magistrate judge will likely result in an earlier trial date. If you request that a district judge be designated to decide dispositive motions and try your case, a magistrate judge will nevertheless hear and decide all non-dispositive motions and will hear and issue a recommendation to the district judge as to all dispositive motions.

You may consent to have a magistrate judge conduct any and all further proceedings in this case, including trial, and the entry of final judgment by indicating your consent below.

Choose only one of the following:

☐ Plaintiff consents to magistrate judge jurisdiction as set forth above.

OR

☒ Plaintiff requests that a district judge be designated to decide dispositive matters and trial in this case.

I declare under the penalty of perjury that the foregoing is true and correct.

Date: 3-17-2012

Signature of Plaintiff: Candy Stewart

§ 1983 SD Form
(Rev. 5/98)

7

::ODMA\PCDOCS\WORDPERFECT\22834\1